# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2252WA

_____

| | |
|---|---|
| Southwestern Energy Company; SEECO, Inc.; Arkansas Western Gas Company, | * * * |
| | * Appeal from the United States |
| Appellees, | * District Court for the Western |
| | * District of Arkansas. |
| v. | * |
| | * [UNPUBLISHED] |
| Marilyn J. Eickenhorst, | * |
| | * |
| Appellant. | * |

_____

Submitted: February 8, 1999
Filed: February 19, 1999

_____

Before FAGG and HANSEN, Circuit Judges, and ROSENBAUM,[*] District Judge.

_____

PER CURIAM.

Marilyn J. Eickenhorst 's appeal has been submitted on the briefs. Having reviewed the record in the context of Eickenhorst's contentions, we conclude no error of law appears, the district court's rulings are clearly correct, and an extended discussion is unnecessary. We thus affirm for the reasons stated in the district court's rulings. See 8th Cir. R. 47B.

_____

[*]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota, sitting by designation.

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.